# EXHIBIT 7

Case# 2017-06786-10 Docketed at Montgomery County Prothonotary on 06/19/2017 2:46 PM, Fee = $0.00

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| ROCKVILLE AMBULATORY SURGERY, LP; SILVER SPRING SURGERY CENTER, LLC; URBANA GI ENDOSCOPY CENTER, LLC; and ADVANCED SURGERY CENTER, LLC, Plaintiffs, | DOCKET NO.: 2017-06786<br>CIVIL ACTION – LAW/EQUITY |
| v. | |
| AETNA, INC. Defendant | Jury Trial Demanded |

**ORDER**

AND NOW, this 28th day of July, 2017, IT IS ORDERED and DECREED that Plaintiffs', Rockville Ambulatory Surgery, L.P; Silver Spring Surgery Center, LLC; Urbana GI Endoscopy Center, LLC; and Advanced Surgery Center, LLCs' Motion for Admission *Pro Hac Vice* is GRANTED, and William K. Meyer, Esquire, of the firm Zuckerman Spaeder, LLP, located at 100 East Pratt Street, Suite 2440, Baltimore, Maryland 21202-1031, is hereby admitted *pro hac vice* for purposes of this matter.

BY THE COURT:

[signature] J.

2017-06786-0022 7/31/2017 9:40 AM # 11383425
Order
Rcpt#Z3189641 Fee:$0.00
Mark Levy - MontCo Prothonotary



THIS DOCUMENT WAS DOCKETED AND SENT ON 07/31/2017

3