# EXHIBIT 8

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| ROCKVILLE AMBULATORY SURGERY, LP; SILVER SPRING SURGERY CENTER, LLC; URBANA GI ENDOSCOPY CENTER, LLC; and ADVANCED SURGERY CENTER, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA, INC.<br><br>Defendant | DOCKET NO.: 2017-06786<br><br>CIVIL ACTION – LAW/EQUITY<br><br>Jury Trial Demanded |

**ORDER**

AND NOW, this 28th day of July, 2017, IT IS ORDERED and DECREED that Plaintiffs' Rockville Ambulatory Surgery, L.P; Silver Spring Surgery Center. LLC; Urbana GI Endoscopy Center, LLC; and Advanced Surgery Center, LLCs' Motion for Admission *Pro Hac Vice* is GRANTED, and D. Brian Hufford, Esquire, of the firm Zuckerman Spaeder, LLP, located at 399 Park Avenue, 14th Floor, New York, NY 10022, is hereby admitted *pro hac vice* for purposes of this matter.

2017-06786-0023 7 31 2017 9:47 AM # 11383426
Order
Rcpt#Z3189641 Fee:$0.00
Mark Levy - MontCo Prothonotary

BY THE COURT:

_______________ J

Case# 2017-06786-14 Docketed at Montgomery County Prothonotary on 06/21/2017 9:46 AM, Fee = $0.00