# EXHIBIT 9

Case# 2017-06786-24 Docketed at Montgomery County Prothonotary on 09/22/2017 3:33 PM, Fee = $0.00

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| ROCKVILLE AMBULATORY SURGERY, LP, et al.,<br>Plaintiffs,<br><br>v.<br><br>AETNA, INC.,<br><br>Defendant | DOCKET NO.: 2017-06786<br><br>CIVIL ACTION – LAW/EQUITY |

**ORDER**

AND NOW, this 22 day of Sept, 2017, upon consideration of Defendant's Preliminary Objections to Plaintiffs' Complaint filed on May 23, 2017 and Defendant's Response thereto, it is hereby ORDERED and DECREED that Defendant's Preliminary Objections are OVERRULED in their entirety.

IT IS FURTHER ORDERED that Defendant shall have twenty (20) days to respond to Plaintiffs' Complaint.

BY THE COURT

Jos A Smyth

6038477.5