# EXHIBIT 12

Case# 2017-06786-29 Docketed at Montgomery County Prothonotary on 12/21/2017 1:39 PM, Fee = $0.00

**ELLIOTT GREENLEAF, P.C.**
**John M. Elliott, Esq.**
**Gregory S. Voshell, Esq.**
**Thomas B. Helbig, Jr., Esq.**
**I.D. Nos. 04414/208566/321470**
**925 Harvest Drive, Suite 300**
**Blue Bell, PA 19422**
**215-977-1000 (Phone)**
**215-977-1099 (Fax)**
**Attorneys for Defendant**

| | |
|---|---|
| **ROCKVILLE AMBULATORY SURGERY, LP, *et al.*,** | **COURT OF COMMON PLEAS OF MONTGOMERY COUNTY** |
| **Plaintiffs,** | **DOCKET NO.: 2017-06786** |
| v. | **CIVIL ACTION – LAW/EQUITY** |
| **AETNA, INC.** | |
| **Defendant.** | |

**DEFENDANT/COUNTERCLAIM PLAINTIFF'S ANSWER TO PLAINTIFFS/COUNTERCLAIM DEFENDANTS' NEW MATTER**

Defendant/Counterclaim Plaintiff Aetna, Inc. ("Aetna") by and through its undersigned counsel, respectfully submits this Answer to Plaintiffs/Counterclaim Defendants' Rockville Ambulatory Surgery LP, Silver Spring Surgery Center LLC, Urbana GI Endoscopy Center, LLC, Advance Surgery Center LLC (the "Surgery Centers") New Matter. Aetna avers as follows:

27. Aetna hereby incorporates paragraphs 1 through 241 of its Answer, paragraphs 1 through 12 of its New Matter, and paragraphs 1 through 26 of its Counterclaim.

28. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

29. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

30. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

31. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

32. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

33. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

34. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

35. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

36. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

37. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

38. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

39. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

40. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

Case# 2017-06786-29 Docketed at Montgomery County Prothonotary on 12/21/2017 1:39 PM, Fee = $0.00

Case# 2017-06786-29 Docketed at Montgomery County Prothonotary on 12/21/2017 1:39 PM, Fee = $0.00

41. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

42. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

43. Aetna denies the allegations contained in this Paragraph, including as conclusions of law to which no response is required.

WHEREFORE, Defendant respectfully request this Court enter judgment in its favor, together with attorneys' fees, costs, and all such other legal and equitable relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Gregory S. Voshell*

JOHN M. ELLIOTT
GREGORY S. VOSHELL
THOMAS B. HELBIG, JR.
Elliott Greenleaf, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000

Dated: December 21, 2017

Case# 2017-06786-29 Docketed at Montgomery County Prothonotary on 12/21/2017 1:39 PM, Fee = $0.00

**COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PA**

| | | |
|---|---|---|
| **ROCKVILLE AMBULATORY SURGERY, LP, *et al.*,** | : | |
| **Plaintiffs,** | : | DOCKET NO.: 2017-06786 |
| v. | : | CIVIL ACTION – LAW/EQUITY |
| **AETNA, INC.,** | : | |
| **Defendant.** | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused a copy of the foregoing to be served by the Court's electronic filing system on all counsel of record.

Respectfully submitted,

*/s/ Gregory S. Voshell*

Gregory S. Voshell
Elliott Greenleaf, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000

Dated: December 21, 2017