# EXHIBIT 13

Case# 2017-06786-30 Docketed at Montgomery County Prothonotary on 01/08/2018 11:00 AM, Fee = $0.00

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| ROCKVILLE AMBULATORY SURGERY, LP, et al.,<br>Plaintiffs,<br>v.<br>AETNA, INC.,<br>Defendant | DOCKET NO.: 2017-06786<br>CIVIL ACTION – LAW/EQUITY<br>Jury Trial Demanded |

**ORDER**

AND NOW, this 14th day of FEB. 2018, IT IS ORDERED and DECREED that Plaintiffs', Rockville Ambulatory Surgery, L.P; Silver Spring Surgery Center, LLC; Urbana GI Endoscopy Center, LLC; and Advanced Surgery Center, LLCs' Motion for Admission *Pro Hac Vice* is GRANTED, and Adam B. Abelson, Esquire, of the firm Zuckerman Spaeder, LLP, located at 100 East Pratt Street, Suite 2440, Baltimore, Maryland 21202-1031, is hereby admitted *pro hac vice* for purposes of this matter.

BY THE COURT:

Bernard A. Moore

J.

2017-06786-0036 2/15/2018 9:24 AM # 11657164
Rcpt#Z3329360 Fee:$0.00 Order
Main (Public)
MontCo Prothonotary