# EXHIBIT 15

Case# 2017-06786- Docketed at Montgomery County Prothonotary on 04/04/2018 9:46 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| **ROCKVILLE AMBULATORY SURGERY, LP, *et al.*,** | |
| **Plaintiffs,** | DOCKET NO.: 2017-06786 |
| v. | CIVIL ACTION – LAW/EQUITY |
| **AETNA, INC.,** | |
| **Defendant.** | |

**ORDER**

AND NOW, this 5 day of April, 2018, it is hereby STIPULATED that the deadline for Aetna to provide answers to Plaintiffs' Requests for Admission is extended to Friday, April 6. 2018.

*/s/ Aimee L. Kumer*
AIMEE L. KUMER
Elliott Greenleaf, P.C.
925 Harvest Dr., Ste 300
Blue Bell, PA 19422
Counsel for Defendant/Counterclaim Plaintiff

*/s/ Adam Abelson*
ADAM ABELSON
Zuckerman Spaeder, LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
Counsel for Plaintiffs/Counterclaim Defendants

2017-06786-0040 4/5/2018 2:56 PM # 11723893
Rcpt#Z3365763 Fee:$0.00 Order
Main (Public)
MontCo Prothonotary

APPROVED BY THE COURT:

SALTZ, J.