# EXHIBIT 16

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

ROCKVILLE AMBULATORY SURGERY LP
V.
AETNA INC

NO. 2017-06786

ORDER

**AND NOW** this **30th day of November, 2018** pursuant to Local Rule of Civil Procedure 200: Trial Readiness, it is **ORDERED** that a Case Management/Settlement Conference shall be held on **January 3, 2019, at 10:00 AM in the Arbitration Hearing Rooms – One Montgomery Plaza, 425 Swede Street, 4th floor, Norristown, Pennsylvania** before Court Appointed Civil Case Master PAUL TROY.

You are further **ORDERED** to supply a statement setting forth the following:

(a) a brief summary of the facts of the case; and
(b) a statement whether the matter is an arbitration case and, if not, reference to any demand that has been made for a trial by jury; and
(c) a detailed list of discovery that remains to be completed; and
(d) a list of outstanding pretrial motions or pretrial motions that are anticipated to be filed; and
(e) a proposed timetable for the completion of all matters that preclude the filing of a trial praecipe; and
(f) a statement of any other issues that preclude the filing of a trial praecipe; and
(g) an estimate of the length of trial; and
(h) a settlement offer or demand; and
(i) the name of the client or insurance company representative who will be present at the conference (either in person or by phone) with actual authority to resolve the case.

**The statement shall be delivered to the Court by filing a copy with the Prothonotary and sending a courtesy copy to the Arbitration Office of Court Administration (at P.O. Box 311, Norristown, PA 19404) not less than seven (7) days prior to the date of this conference**.

**The Failure to appear or otherwise comply with the provisions of this Order shall result in the imposition of sanctions, which may include the entry of a judgment of non-pros or an order of preclusion.**

All continuance requests must be in writing and delivered **to the attention of the Deputy Court Administrator-Civil Division, not less than ten (10) days** prior to the date of the conference.

By the Court:

Thomas P. Rogers, A. J.

# Notice of Language Rights



**<u>FREE INTERPRETER</u>**
PO Box 311 Norristown, PA 19404
languageaccesscoordinator@montcopa.org
610-278-3231
<u>www.pacourts.us/language-rights</u>

**<u>Spanish/Español</u>:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**<u>Russian/Русский</u>:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**<u>Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文</u>**：您有权获得免费的口译员服务。若需要口 译员，请使用本通知上方提供的联系信息通知法院工作人员。

**<u>Arabic/ العربية</u>** : يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى
إعلام موظفي المحكمة باستخدام معلومات الاتصـال المقدمة في الجزء العلوي من هذا الإشعار.

**<u>Korean/한국어:</u>** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

Notices Mailed on 11/30/2018

Parties Notified:

GREGORY S VOSHELL, Esq.
ELLIOTT GREENLEAF & SIEDZIKOWSKI
925 HARVEST DRIVE
SUITE 300
BLUE BELL, PA 19422

THOMAS HELBIG, Esq.
ELLIOTT GREENLEAF PC
925 HARVEST DRIVE
BLUE BELL, PA 19142

AIMEE L KUMER, Esq.
ELLIOTT GREENLEAF & SIEDZIKOWSKI PC
925 HARVEST DRIVE
SUITE 300
BLUE BELL, PA 19422

ADAM B ABELSON
100 EAST PRATT STREET
STE 2440
BALTIMORE, MD 21202

JASON B MARTIN, Esq.
THE MARTIN LAW FIRM PC
725 SKIPPACK PIKE
SUITE 337
BLUE BELL, PA 19422