# EXHIBIT 17

Case# 2017-06786- Docketed at Montgomery County Prothonotary on 12/07/2018 2:44 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**
**CIVIL ACTION**

| | | |
|---|---|---|
| **ROCKVILLE AMBULATORY SURGERY LP** | : | |
| | : | **NO. 2017-06786** |
| **v.** | : | |
| | : | |
| **AETNA INC** | : | |

**ORDER**

**AND NOW** this 6th day of December, 2018 pursuant to Local Rule of Civil Procedure 200: Trial Readiness, it is **ORDERED** that a Case Management/Settlement Conference to be held on **January 3rd, 2019 at 10:00 a.m.** shall be continued per plaintiff request.

The new date for the hearing is **January 23, 2019 at 9:45 a.m.** to be held in the **Arbitration Hearing Rooms – One Montgomery Plaza, 425 Swede Street, 4th Floor, Norristown, Pennsylvania** before Court Appointed Civil Case Master Daniel Sherry.

All continuance requests must be in writing and delivered **to the attention of the Deputy Court Administrator-Civil Division, not less than ten (10) days prior to the date of the** conference.

BY THE COURT:

Thomas P. Rogers, J.

2017-06786-0043 12/14/2018 10:42 AM # 12103652
Rcpt#Z3544975 Fee:$0.00 Scheduling Order
Main (Public)
MontCo Prothonotary

# Notice of Language Rights



**FREE INTERPRETER**
PO Box 311 Norristown, PA 19404
languageaccesscoordinator@montcopa.org
610-278-3231
www.pacourts.us/language-rights

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文**: 您有权获得免费的口译员服务。若需要口 译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Arabic/ العربية** : يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에