# EXHIBIT 19

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

ROCKVILLE AMBULATORY

V.

No. 2017- 06786

AETNA, INC.

**CIVIL CASE MANAGEMENT CONFERENCE ORDER**

AND NOW, this 22nd day of February, 2019 after a Civil Case Management/ Settlement Conference before Civil Case Management Master Michael G. Trachtman on February 21, 2019 the following Order is entered:

1. Discovery: All discovery shall be completed by April 15, 2019. All written discovery shall be served no later than March 15, 2019 and shall be fully and completely answered by the discovery deadline in accordance with the applicable Rules of Procedure.
2. Dispositive Motions: All dispositive motions shall be filed by May 22, 2019.
3. Expert Reports: All expert reports shall be served by May 15, 2019, and all rebuttal expert reports shall be served by June 17, 2019.
4. Responses: All responses to dispositive motions and all rebuttal expert reports in addition to those referenced above shall be served by June 24, 2019.
5. Praecipe: The parties shall file a trial or arbitration praecipe within ten (10) days after all dispositive motions are decided or, in the event no dispositive motions are filed by June 24, 2019

Further discovery shall not be permitted without leave of Court and except upon showing of extraordinary circumstances. The failure to strictly comply with the provisions of this Order may result in the imposition of sanctions including, but not limited to, an Order of Preclusion or Non-Pros.

BY THE COURT:

Thomas P. Rogers, J.

2017-06786-0046 2/28/2019 10:46 AM # 12201416
Rcpt#Z3593810 Fee:$0.00 Order
Main (Public)
MontCo Prothonotary

THIS DOCUMENT WAS DOCKETED AND SENT ON 02/28/2019

JB