# EXHIBIT 20

**COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PA**

| | |
|---|---|
| **ROCKVILLE AMBULATORY SURGERY, LP, *et al.*,** | |
| **Plaintiffs,** | DOCKET NO.: 2017-06786 |
| v. | |
| | CIVIL ACTION – LAW/EQUITY |
| **AETNA, INC.,** | |
| **Defendant.** | |

**PRAECIPE TO ENTER NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446(d), notice is hereby given that on the 3rd day of May, 2019, Defendant Aetna Inc., filed a Notice of Removal in the United States District Court for the Eastern District of Pennsylvania to remove the above-captioned action from the Court of Common Pleas of Montgomery County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Attached hereto is a true and correct copy of the electronically filed version of the Notice of Removal.

Respectfully submitted,

*/s/Aimee L. Kumer*
GREGORY S. VOSHELL
AIMEE L. KUMER
THOMAS B. HELBIG, JR.
Elliott Greenleaf, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000

Dated: May 3, 2019

**COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PA**

| | | |
|---|---|---|
| **ROCKVILLE AMBULATORY SURGERY, LP, *et al.*,** | : | |
| **Plaintiffs,** | : | DOCKET NO.: 2017-06786 |
| v. | : | CIVIL ACTION – LAW/EQUITY |
| **AETNA, INC.,** | : | |
| **Defendant.** | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused a copy of the foregoing Praecipe for Removal to be served by the Court's electronic filing system on all counsel of record.

Respectfully submitted,

*/s/ Aimee L. Kumer*
Aimee L. Kumer
Elliott Greenleaf, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000

Dated: May 3, 2019