## Case

| | |
|---|---|
| Case Number: | 2017-06786 |
| Commencement Date: | 4/4/2017 |
| Case Type: | Complaint Civil Action |
| PFA Number: | |
| Caption Plaintiff: | ROCKVILLE AMBULATORY SURGERY LP |
| Caption Defendant: | AETNA INC |
| Lis Pendens Indicator: | No |
| Status: | 6 - CLOSED |
| Judge: | SALTZ |
| Remarks: | |
| Sealed: | No |
| Interpreter Needed: | |

## Plaintiff

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| ROCKVILLE AMBULATORY SURGERY LP | 11400 ROCKVILLE PIKE SUITE 108 ROCKVILLE, MD 20852-3004 UNITED STATES | UNITED STATES | MARTIN, JASON B | Yes | 1 |
| ADVANCED SURGERY CENTER LLC | 10110 MOLECULAR DRIVE 100 ROCKVILLE, MD 20850 UNITED STATES | UNITED STATES | MARTIN, JASON B | Yes | 2 |
| SILVER SPRING SURGERY CENTER LLC | 1111 SPRING STREET SUITE 130 SILVER SPRING, MD 20910 UNITED STATES | UNITED STATES | MARTIN, JASON B | Yes | 3 |
| URBANA GI ENDOSCOPY CENTER LLC | 3280 URBANA PIKE SUITE 104 IJAMSVILLE, MD 21754 UNITED STATES | UNITED STATES | MARTIN, JASON B | Yes | 4 |

## Defendant

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| AETNA INC | 151 FARMINGTON AVENUE HARTFORD, CT 06156 UNITED STATES | UNITED STATES | VOSHELL, GREGORY S HELBIG, THOMAS KUMER, AIMEE L | Yes | 1 |

## Other Party Type

| Type | Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|---|
| Pro Hac Vice Attorney | ABELSON, ADAM B | 100 EAST PRATT STREET STE 2440 BALTIMORE, MD 21202 UNITED STATES | UNITED STATES | | Yes | 1 |

## Docket Entry

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 0 | E | 4/4/2017 | Complaint Civil Action | | No | 11226274 |
| 1 | | 4/12/2017 | (Internal Use Only) Not Found as to | AETNA INC ON 4/10/17 | No | 11237204 |
| 2 | | 4/21/2017 | (Internal Use Only) Served | AETNA INC ON 4-19-17 | No | 11249721 |
| 3 | E | 5/19/2017 | Entry of Appearance | OF THOMAS B. HELBIG AND GREGORY S. VOSHELL FOR AETNA, INC. | No | 11289076 |
| 4 | E | 5/19/2017 | Affidavit/Certificate of Service of | ENTRY OF APPEARANCE ON 05/19/2017 TO JASON B. MARTIN, ESQ. | No | 11289084 |
| 5 | E | 5/19/2017 | Entry of Appearance | OF GREGORY S. VOSHELL FOR AETNA, INC. | No | 11289202 |
| 6 | E | 5/19/2017 | Affidavit/Certificate of Service of | ENTRY OF APPEARANCE ON 05/19/2017 TO JASON B. MARTIN, ESQ. | No | 11289204 |
| 7 | E | 5/23/2017 | Preliminary Objections of | AETNA INC WITH MEMORANDUM OF LAW WITH SERVICE ON 05/23/2017 | No | 11291749 |
| 8 | E | 6/12/2017 | Answer to Preliminary Objections by | ROCKVILLE AMBULATORY SURGERY LP; SILVER SPRING SURGERY CENTER LLC; URBANA GI ENDOSCOPY CENTER LLC WITH MEMORANDUM OF LAW WITH SERVICE ON 06/12/2017 | No | 11320105 |
| 9 | E | 6/12/2017 | Affidavit/Certificate of Service of | PLAINTIFFS' RESPONSE TO TO DEFENDANT'S PRELIMINARY OBJECTIONS AND PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S PRELIMINARY OBJECTIONS ON 06/12/2017 TO THOMAS HELBIG, ESQUIRE AND GREGORY S. VOSHELL, ESQUIRE OBO DEFENDANT, AETNA, INC. | No | 11320150 |
| 10 | E | 6/19/2017 | Motion Pro Hac Vice | BY JASON B. MARTIN, ESQUIRE FOR WILLIAM K. MEYER, ESQUIRE WITH MEMORANDUM OF LAW | No | 11329872 |

| | | | | | |
|---|---|---|---|---|---|
| 11 | E | 6/19/2017 | Affidavit/Certificate of Service of | MOTION FOR ADMISSION OF WILLIAM K. MEYER PRO HAC VICE AND MEMORANDUM IN SUPPORT OF MOTION ON 06/19/2017 TO THOMAS HELBIG, ESQUIRE AND GREGORY S. VOSHELL, ESQUIRE OBO DEFENDANT, AETNA, INC. | No | 11329970 |
| 12 | | 6/20/2017 | Rule | DATE ON 7/24/17 KEHS CA | No | 11331778 |
| 13 | E | 6/20/2017 | Affidavit/Certificate of Service of | MOTION FOR ADMISSION OF WILLIAM K. MEYER PRO HAC VICE, MEMORANDUM AND MOTION COVER SHEET NOTING THE RULE RETURN DATE OF JULY 24, 2017 ON 06/20/2017 TO THOMAS HELBIG, ESQUIRE AND GREGORY S. VOSHELL, ESQUIRE OBO DEFENDANT, AETNA, INC. | No | 11331916 |
| 14 | E | 6/21/2017 | Motion Pro Hac Vice | BY JASON B. MARTIN, ESQUIRE FOR D. BRIAN HUFFORD, ESQUIRE WITH MEMORANDUM OF LAW | No | 11333106 |
| 15 | E | 6/21/2017 | Affidavit/Certificate of Service of | MOTION FOR ADMISSION OF D. BRIAN HUFFORD PRO HAC VICE AND MEMORANDUM IN SUPPORT OF MOTION ON 06/21/2017 TO THOMAS HELBIG, ESQUIRE AND GREGORY S. VOSHELL, ESQUIRE OBO DEFENDANT, AETNA, INC. | No | 11333199 |
| 16 | | 6/22/2017 | Rule | DATE ON JULY 24, 2017 KEHS CA | No | 11335854 |
| 17 | E | 6/22/2017 | Affidavit/Certificate of Service of | MOTION FOR ADMISSION OF D. BRIAN HUFFORD PRO HAC VICE, MEMORANDUM AND MOTION COVER SHEET NOTING THE RULE RETURN DATE OF JULY 24, 2017 ON 06/22/2017 TO THOMAS HELBIG, ESQUIRE AND GREGORY S. VOSHELL, ESQUIRE OBO DEFENDANT, AETNA, INC. | No | 11335912 |
| 18 | E | 7/12/2017 | Reply | BY AETNA INC TO RESPONSE TO PRELIMINARY OBJECTIONS WITH SERVICE ON 07/12/2017 | No | 11359168 |
| 19 | E | 7/12/2017 | Praec for Substitution of | AMENDED COVER SHEET OF RESPONDENT REQUESTING AN ORAL ARGUMENT ON DEFENDANT'S PRELIMINARY OBJECTIONS SUBSTITUTED FOR COVER SHEET OF RESPONDENT ATTACHED TO PLAINTIFFS' RESPONSE TO DEFENDANT'S PRELIMINARY OBJECTIONS | No | 11360013 |
| 20 | E | 7/13/2017 | Reply | BY ROCKVILLE AMBULATORY SURGERY LP; SILVER SPRING SURGERY CENTER LLC; URBANA GI ENDOSCOPY CENTER LLC TO PLAINTIFFS, ROCKVILLE AMBULATORY SURGERY, LP, ADVANCED SURGERY CENTER, LLC, SILVER SPRING SURGERY CENTER, LLC AND URBANA GI ENDOSCOPY CENTER, LLC, SUR-REPLY IN RESPONSE TO DEFENDANT'S REPLY BRIEF FILED ON JULY 12, 2017. | No | 11360990 |
| 21 | E | 7/13/2017 | Affidavit/Certificate of Service of | PLAINTIFFS' SUR-REPLY IN RESPONSE TO DEFENDANT'S REPLY BRIEF ON 07/13/2017 TO THOMAS HELBIG, ESQUIRE AND GREGORY S. VOSHELL, ESQUIRE OBO DEFENDANT, AETNA, INC. | No | 11361012 |
| 22 | | 7/31/2017 | Order | OF 7/28/17 TILSON, SJ MOTION FOR ADMISSION PRO HAC VICE OF WILLIAM K MEYER IS GRANTED THIS DOCUMENT WAS DOCKETED AND SENT ON 07/31/2017 | No | 11383425 |
| 23 | | 7/31/2017 | Order | OF 7/28/17 TILSON, SJ MOTION FOR ADMISSION PRO HAC VICE OF D BRIAN HUFFORD IS GRANTED THIS DOCUMENT WAS DOCKETED AND SENT ON 07/31/2017 | No | 11383426 |
| 24 | E | 9/22/2017 | Order | OF 9/22/2017 SMYTH,J PO OVERRULED THIS DOCUMENT WAS DOCKETED AND SENT ON 09/22/2017 | No | 11456728 |
| 25 | E | 10/26/2017 | Answer & New Matter Counterclaim by | AETNA INC WITH SERVICE ON 10/26/2017 | No | 11501583 |
| 26 | E | 10/26/2017 | Affidavit/Certificate of Service of | ANSWER, NEW MATTER, AND COUNTERCLAIM ON 10/26/2017 TO JASON B. MARTIN, ESQ. AND BRIAN HUFFORD, ESQUIRE | No | 11501584 |
| 27 | E | 12/4/2017 | Answer/Response | BY JASON B. MARTIN, ESQUIRE OBO ALL PLAINTIFFS TO DEFENDANT'S COUNTERCLAIM WITH NEW MATTER W/ COUNTERCLAIM | No | 11549563 |
| 28 | E | 12/4/2017 | Affidavit/Certificate of Service of | PLAINTIFFS' NOTICE TO PLEAD AND PLAINTIFFS' ANSWER TO DEFENDANT'S COUNTERCLAIM WITH NEW MATTER ON 12/04/2017 TO THOMAS HELBIG, ESQUIRE AND GREGORY S. VOSHELL, ESQUIRE OBO DEFENDANT, AETNA, INC. | No | 11549826 |
| 29 | E | 12/21/2017 | Answer/Response | BY DEFENDANT/COUNTERCLAIM PLAINTIFF TO PLAINTIFF/COUNTERCLAIM DEFENDANTS' NEW MATTER WITH SERVICE ON 12/21/2017 | No | 11579761 |
| 30 | E | 1/8/2018 | Motion Pro Hac Vice | BY JASON B. MARTIN, ESQUIRE OBO PLAINTIFFS FOR ADAM B. ABELSON, ESQUIRE WITH MEMORANDUM OF LAW | No | 11595628 |
| 31 | E | 1/8/2018 | Affidavit/Certificate of Service of | MOTION FOR ADMISSION OF ADAM B. ABELSON PRO HAC VICE ON 01/08/2018 TO THOMAS HELBIG, ESQUIRE AND GREGORY S. VOSHELL, ESQUIRE OBO DEFENDANT, AETNA, INC. | No | 11595700 |
| 32 | | 1/12/2018 | Rule | DATE ON 2/12/18 KEHS CA | No | 11603525 |
| 33 | E | 1/12/2018 | Affidavit/Cert of Service w/Rule Returnable | OF MOTION FOR ADMISSION OF ADAM B. ABELSON PRO HAC VICE, MEMORANDUM AND RULE RETURNABLE NOTING A RULE RETURN DATE OF 2/12/2018 ON 01/12/2018 TO THOMAS HELBIG, ESQUIRE AND GREGORY S. VOSHELL, ESQUIRE OBO DEFENDANT, AETNA, INC. | No | 11604046 |
| 34 | E | 1/23/2018 | Entry of Appearance | OF AIMEE L. KUMER FOR AETNA INC. | No | 11618575 |
| 35 | E | 1/23/2018 | Affidavit/Certificate of Service of | ENTRY OF APPEARANCE OF AIMEE L. KUMER, ESQUIRE ON 01/23/2018 TO JASON B. MARTIN, ESQUIRE; D. BRIAN HUFFORD, ESQUIRE | No | 11618625 |
| 36 | | 2/15/2018 | Order | OF 2/14/18 MOORE,J MOT FOR ADMISSION PRO HAC VICE IS GRANTED THIS DOCUMENT WAS DOCKETED AND SENT ON 02/15/2018 | No | 11657164 |
| 37 | E | 3/20/2018 | Motion | BY ADAM B ABELSON; ADVANCED SURGERY CENTER LLC; AETNA INC; ROCKVILLE AMBULATORY SURGERY LP; SILVER SPRING SURGERY CENTER LLC; URBANA GI ENDOSCOPY CENTER LLC JOINT MOTION FOR PROTECTIVE ORDER | No | 11699456 |
| 38 | | 3/27/2018 | Order | (PROTECTIVE) OF 3/23/18 SALTZ, J THIS ORDER SHALL REMAIN IN EFFECT THROUGH THE CONCLUSION OF THIS LITIGATION (SEE DOCUMENT) CC THIS DOCUMENT WAS | No | 11709475 |

| | | | | | |
|---|---|---|---|---|---|
| | | | DOCKETED AND SENT ON 03/27/2018 | | |
| 39 | E | 4/4/2018 | Stipulation | OF EXTENSION OF TIME | No | 11720778 |
| 40 | | 4/5/2018 | Order | OF 4/5/2018 SMYTH,J STIPULATED THAT DEADLINE FOR AETNA TO PROVIDE ANSWERS TO PLTFS REQUEST FOR ADMISSION IS EXTENDED TO APRIL 6,2018 THIS DOCUMENT WAS DOCKETED AND SENT ON 04/05/2018 | No | 11723893 |
| 41 | | 10/4/2018 | Rule 200 - Forward for Case Management Conference | | No | 11986909 |
| 42 | | 11/30/2018 | Case Management Conference Scheduling Order | OF 11/30/18 ROGERS,J CASE MANAGEMENT/SETTLEMENT CONFERENCE SHALL BE HELD ON 1/3/19 THIS DOCUMENT WAS DOCKETED AND SENT ON 11/30/2018 | No | 12083216 |
| 43 | | 12/14/2018 | Scheduling Order | OF 12/6/2018 ROGERS,J CASE MANAGEMENT SETTLEMENT CONFERENCE ON JANUARY 3, 2019 SHALL BE CONTINUED TO JANUARY 23,2019 SEE DOCKET THIS DOCUMENT WAS DOCKETED AND SENT ON 12/14/2018 | No | 12103652 |
| 44 | E | 1/14/2019 | Scheduling Order | OF 1/11/2019 ROGERS,J CASE MANAGEMENT SETTLEMENT CONFERENCE TO BE HELD ON JANUARY 23,2019 SHALL BE CONTINUED NEW DATE FOR HEARING IS FEBRUARY 21,2019 THIS DOCUMENT WAS DOCKETED AND SENT ON 01/14/2019 | No | 12138236 |
| 45 | E | 2/14/2019 | Statement | CASE MANAGEMENT STATEMENT | No | 12184332 |
| 46 | | 2/28/2019 | Order | (CIVIL CASE MANAGEMENT CONFERENCE) OF 2/22/2019 ROGERS,J ALL DISCOVERY SHALL BE COMPLETED BY 4/15/2019 SEE DOCKET THIS DOCUMENT WAS DOCKETED AND SENT ON 02/28/2019 | No | 12201416 |
| 47 | E | 3/14/2019 | Motion | BY ADAM B ABELSON; ADVANCED SURGERY CENTER LLC; AETNA INC; ROCKVILLE AMBULATORY SURGERY LP; SILVER SPRING SURGERY CENTER LLC; URBANA GI ENDOSCOPY CENTER LLC JOINT MOTION FOR EXTRAORDINARY RELIEF | No | 12221679 |
| 48 | E | 3/14/2019 | Affidavit/Certificate of Service of | JOINT MOTION FOR EXTRAORDINARY RELIEF ON 03/14/2019 TO AETNA, INC. | No | 12221850 |
| 49 | E | 4/5/2019 | Stipulation | PERMIT PLAINTIFF TO FILE AN AMENDED COMPLAINT | No | 12253104 |
| 50 | E | 4/5/2019 | Affidavit/Certificate of Service of | STIPULATION ON 04/05/2019 TO GREGORY S. VOSHELL, ESQ., AIMEE KUMER, ESQ., AND THOMAS HELBIG, JR., ESQ. OBO DEFENDANT AETNA | No | 12253546 |
| 51 | E | 4/5/2019 | Amended Complaint | 1ST AMENDED COMPLAINT | No | 12253840 |
| 52 | E | 4/5/2019 | Affidavit/Certificate of Service of | AMENDED COMPLAINT ON 04/05/2019 TO GREGORY S. VOSHELL, ESQ., AIMEE KUMER, ESQ., AND THOMAS HELBIG, JR., ESQ. OBO DEFENDANT AETNA | No | 12253904 |
| 53 | E | 5/6/2019 | Notice of Removal | WITH SERVICE ON 05/06/2019 | No | 12297482 |
| 54 | | 5/29/2019 | Papers forwarded to | US EASTERN DISTRICT COURT AS PER ORDER VIA CD CERTIFIED MAIL 7017 1000 0000 5885 9779 | No | 12326707 |